IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01084-ZLW

DOUGLAS LEE CRAWFORD,

Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

## ORDER DENYING MOTION TO RECONSIDER

This matter is before the Court on the motion titled "Reconsideration to Time Limitation Order of Dismissal For Regard of Excusable Neglect" submitted to and filed with the Court *pro se* on August 25, 2008, by Applicant, Douglas Lee Crawford. Mr. Crawford, a Colorado state prisoner, seeks reconsideration of the August 15, 2008, Order of Dismissal and Judgment denying his application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court must construe the motion liberally because Mr. Crawford is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

The Court denied the application and dismissed the action as barred by the one-year limitation period in 28 U.S.C. § 2244(d). The reasons for the dismissal are explained in detail in the Order of Dismissal filed on August 15, 2008.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A postjudgment motion filed within ten days of a final judgment should be construed as a Rule 59(e) motion. *Id.*; *see also Dalton v. First Interstate Bank*, 863 F.2d 702, 703 (10th Cir. 1988). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *Van Skiver*, 952 F.2d at 1243.

Final decisions are those that end the litigation on the merits and leave nothing for the district court to do except execute the judgment. *Van Cauwenberghe v. Biard*, 486 U.S. 517, 521-22 (1988); *In re Durability, Inc.*, 893 F.2d 264, 265 (10th Cir. 1990). "It is well settled that an order dismissing the action . . . is a final judgment." *Sherr v. Sierra Trading Corp.*, 492 F.2d 971, 978 (10th Cir. 1974). The August 15, 2008, Order of Dismissal and Judgment denied the application and dismissed the action. The instant motion to reconsider was filed on August 25, 2008. Applicant filed the motion to reconsider within ten days of the final judgment in the instant action. *See* Fed. R. Civ. P. 6(a). The motion to reconsider properly is filed as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).

A motion to alter or amend that reiterates issues originally raised in the application and that seeks to challenge the legal correctness of the court's judgment by arguing that the district court misapplied the law or misunderstood the litigant's position

2

correctly is asserted pursuant to Fed. R. Civ. P. 59(e). *See Van Skiver*, 952 F.2d at 1244. Upon consideration of the motion to reconsider and the entire file, the Court finds and concludes that Mr. Crawford fails to demonstrate some reason why the Court should alter or amend the August 15, 2008, Order of Dismissal and Judgment in this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Reconsideration to Time Limitation Order of Dismissal For Regard of Excusable Neglect" submitted to and filed with the Court *pro se* on August 25, 2008, by Applicant, Douglas Lee Crawford, and which the Court has construed liberally as a motion pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this 17 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01084-ZLW

Douglas Lee Crawford
Prisoner No. 55972
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Clemmie Parker Engle
Senior Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk